

Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002-2223
Telephone (856) 321-2400
Fax (856) 321-2415
www.stradley.com

**Francis X. Manning**
fmanning@stradley.com
856-321-2403

October 29, 2013

**FILED ELECTRONICALLY**

Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re: **MHA, LLC v. UnitedHealth Group, Incorporated, et al**
        **U.S. District Court for the District of New Jersey**
        <u>**Civil Action No. 2:13-cv-06130-WJM-MF**</u>

Dear Sir/Madam:

    Defendants hereby invoke the provisions of L.Civ.R.7.1(d)(5) to extend by 14 days the time within which they must file an opposition to Plaintiff's motion to remand. (We confirmed with the Clerk's office that this extension is available in connection with this type of motion.) The new return date for the motion to remand is December 2, 2013. Defendants' opposition is due November 18, 2013. Plaintiff's reply brief is due November 25, 2013.

              Very truly yours,

              /s/ Francis X. Manning

              Francis X. Manning

FXM/bac
c: <u>**Via Court's Electronic Server:**</u>
   Anthony K. Modafferi, III, Esquire
   Robert A. Agresta, Esquire

Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

LITIGATION # 1841836 v.1