

THE AGRESTA FIRM PC

**Anthony K. Modafferi, III**, *Counsel*
*Admitted to practice in all courts in*
*New Jersey, New York and the District of Columbia*
Direct° +1 201 399 6891
anthony@agrestalaw.com

Tuesday, November 5, 2013

**VIA ELECTRONIC FILING**
William T. Walsh
Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and United States Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    *MHA, LLC d/b/a Meadowlands Hospital Medical Center v.*
             *United Healthcare et. al.,* Civil Action No.13-06130 (WJM-MF)
             Request to Adjourn Defendants' Motion Pursuant to Rule 12(b)(6)
             (ECF#10) from December 2, 2013 to December 16, 2013

Dear Mr. Walsh:

We represent Plaintiff MHA, LLC d/b/a/ Meadowlands Hospital in the above-entitled civil action. In accordance with Local Civil Rule 7.1(d) (5), we respectfully request that the Court adjourn the said motion (ECF#8) from December 2, 2013 to the next motion day, December 16, 2013. The new date for Plaintiff to file its opposition is December 2, and Defendants' reply is now due on December 9, 2013.

Thanking you in advance for your anticipated courtesies and cooperation, I am

                                        Very Truly Yours,

                                        **THE AGRESTA FIRM, P.C.**

                          By:    s/Anthony K. Modafferi, III
                                  **ANTHONY K. MODAFFERI, III**
                                  *For The Firm*

cc: Francis X. Manning, Esq. (w/o encl.)

Nº 24 GRAND AVENUE, ENGLEWOOD, NJ 07631
UNITED STATES OF AMERICA
OFFICE & TELEFAX Nº +1 201 399 6888